# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| L.O.A.., | : |
| Petitioner, | : |
| v. | : Case No. 4:24-cv-184-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| MERRICK GARLAND, *et al.*, | : |
| Respondents. | : |

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on December 16, 2024 (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 23rd day of December, 2024.

    s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE